CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
WASEEM SALAHI (Bar No. 325362)
DAVID MENNINGER (Bar No. 281460)
Deputy Federal Public Defenders
321 East Second Street
Los Angeles, California 90012-4202
    cuauhtemoc_ortega@fd.org
    waseem_salahi@fd.org
    david_menninger@fd.org
    (213) 894-2854
    (213) 894-0081 FAX

Attorneys for Defendant
LUIS ALFREDO DE LA ROSA RIOS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS ALFREDO DE LA ROSA RIOS,<br><br>    Defendant. | No. 2:22-cr-00020-PA-1<br><br>***EX PARTE* APPLICATION TO FILE EXHIBIT 2 IN SUPPORT OF LUIS ALFREDO DE LA ROSA RIOS SENTENCING POSITION UNDER SEAL** |

Luis Alfredo De La Rosa Rios, through his attorneys of record, Federal Public Defender Cuauhtémoc Ortega and Deputy Federal Public Defenders Waseem Salahi and David Menninger, respectfully applies ex parte to this Court for an Order that "Exhibit 2 in Support of Luis Alfredo De La Rosa Rios Sentencing Position," lodged concurrently, be filed under seal. This Exhibit is a psychological report regarding Mr. Rios, which contains sensitive information regarding Mr. Rios's mental health.

/

1 | The government does not object to this request.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

DATED: December 4, 2023   By:   */s/ David Menninger*
DAVID MENNINGER
WASEEM SALAHI
Deputy Federal Public Defender

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     The Court May Seal Its Records to Protect a Party's Interests**

This Court has plenary supervisory power to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257 (9th Cir. 1979); C.D. Cal. Local Rules, 79-5 (party may request court to seal filed document). Although there is a strong presumption of public access to court records, this presumption may be overcome where there is a likelihood of improper use of the material, including use for scandalous or libelous purposes, or where public access would infringe on privacy or fair trial rights. *Valley Broadcasting Co. v. United States Dist. Ct.*, 798 F.2d 1289, 1294 (9th Cir. 1986); *See Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). To determine whether the presumption of access is overcome, courts should balance the likelihood of inappropriate use with the public's interest in understanding the judicial process. *Valley Broadcasting Co.*, 798 F.2d at 1294. A Court should consider all relevant factors, and "base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Hagestad*, 49 F.3d at 1434.

Exhibit 2 is a confidential psychological report regarding Mr. Rios. Because it includes sensitive and personal information regarding Mr. Rios's mental health, childhood, and family circumstances, there is a compelling reason to file this report under seal. Moreover, Mr. Rios is filing his position paper publicly, which adequately preserves the public interest in access to court records in this case.

CUAUHTÉMOC ORTEGA
Federal Public Defender

DATED: December 4, 2023     By:   */s/ David Menninger*
DAVID MENNINGER
WASEEM SALAHI
Deputy Federal Public Defenders

**DECLARATION OF DAVID MENNINGER**

I, David Menninger, hereby declare as follows:

**1.** I am a Deputy Federal Public Defender in the Central District of California, and I am appointed to represent Luis Alfredo De La Rosa Rios in this matter.

**2.** The Exhibit lodged concurrently, "Exhibit 2 in Support of Luis Alfredo De La Rosa Rios Sentencing Position," constitutes a confidential psychological report regarding Mr. De La Rosa Rios.

**3.** On December 4, 2023, I communicated with Assistant United States Attorney Joanna Curtis, to determine her position regarding this *ex parte* application to file under seal. Ms. Curtis indicated that she does not oppose the requested relief.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 4, 2023, in Los Angeles, California.

By */s/ David Menninger*
DAVID MENNINGER