# Exhibit A

Case 2:22-cr-00020-PA   Document 439-1   Filed 07/11/24   Page 1 of 9   Page ID #:4375

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorney
Chief of Ethics and Post-Conviction Review
CHRISTOPHER C. KENDALL (Cal. Bar No. 274365)
Assistant United States Attorney
Deputy Chief, International Narcotics,
  Money Laundering, and Racketeering Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431/2576
     Facsimile: (213) 894-0141
     E-mail:    kathy.yu@usdoj.gov
                christopher.kendall@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-20(A)-PA |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESTITUTION |
| v. | |
| LUIS ALFREDO DE LA ROSA RIOS, aka "Lil J," aka "Lil Malo," ERNESTO CISNEROS, aka "Gonzo," aka "Spooky," JESSE CONTRERAS, and aka "Skinny Jack," aka "Flaco," | |
| Defendants. | |

1.   On or about July 13, 2023, defendants LUIS ALFREDO DE LA ROSA RIOS, ERNESTO CISNEROS, and JESSE CONTRERAS pled guilty to an Information charging them with racketeering conspiracy, in violation of 18 U.S.C. § 1962(d), which included an Apprendi allegation that each defendant willfully and intentionally committed robbery, and

while committing robbery, committed acts that directly caused the death of F.A.  (Dkt. 295, 296, 305 (Rios); (Dkt. 295, 297, 306 (Cisneros); (Dkt. 295, 298, 307 (Contreras).)

2.   In each of their plea agreements, each defendant agreed he would be required to pay "full restitution to the victims of the offense to which he is pleading guilty," as well as any losses suffered by any victims as a result of any "relevant conduct" as defined under United States Sentencing Guidelines Section 1B1.3. (Dkt. No. 296 at 8 (Rios); Dkt. 297 at 8 (Cisneros); Dkt. 298 at 8 (Contreras).)

3.   All three defendants admitted their roles in the robbery and murder of victim F.A., for which victim A.M. was present.  (Dkt. 296 at 11-12 (Rios); Dkt. 297 at 11-12 (Cisneros); Dkt. 298 at 11-12 (Contreras).)  Defendants Rios and Contreras further admitted they also robbed two other victims, S.A. and J.M.  (Dkt. 296 at 11-12 (Rios); Dk. 298 at 11-12 (Contreras).)

4.   The following statutory provisions apply:

   a.   Under 18 U.S.C. §§ 3663A, defendant is required to pay full restitution to the victims of the offense.

   b.   Under 18 U.S.C. § 3572(d)(2), restitution, if not ordered due in full and payable immediately, must be paid in the shortest time in which full payment can reasonably be made.

   c.   Under 18 U.S.C. § 3771(a)(6), a crime victim has the right to full and timely restitution as provided by law.

5.   To date, the government has received restitution requests from the following victims, to whom defendants have agreed to pay in full as set forth in the chart below:

//

| Defendants | Victim | Restitution Amount |
|---|---|---|
| Rios Cisneros Contreras | F.A. (payable to the Los Angeles Police Memorial Foundation) | $10,553.85 |
| Rios Cisneros Contreras | J.R. (F.A.'s stepfather) | $18,050.22 |
| Rios Contreras | S.A. | $600 |
| Rios Contreras | J.M. | $2000 |

6. The parties further agree that the aforementioned amounts are reasonable and appropriate amounts to be paid to each victim, and suited to each defendant's causal role in each victim's losses.

7. As set forth herein, defendants are jointly and severally liable with one another, and with any other co-defendant for the amount of restitution ordered. These victims' recoveries are limited to the amounts of their respective losses and each defendant's liability for restitution ceases if and when these victims receive full restitution.

8. The parties agree that payment shall be made forthwith and in compliance with the Second Amended General Order No. 20-04.

9. Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. The payment schedule set by the Court represents a minimum payment obligation that does not preclude the United States from pursuing any and all available remedies by which to satisfy defendant's full and immediate enforceable financial obligation to collect the maximum amount of restitution in the most expeditious manner available. Such actions include referring defendant's criminal restitution debts to the Treasury Offset Program to offset funds otherwise payable to the

defendants from any federal agency, including the Internal Revenue Service and the Social Security Administration, to apply those funds to defendant's outstanding restitution balances until defendant's liability to pay any restitution order has expired or been satisfied under 18 U.S.C. § 3613.

10. If payment has not already been made in full, interest will accrue on the restitution amount in the manner prescribed by 18 U.S.C. § 3612.

11. Defendants understand that they shall send the restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Central District of California
> Fiscal Department
> 255 East Temple Street, 11th Floor
> Los Angeles, California 90012

12. The bank or cashier's check or money order shall reference defendant's name and "Case No. 22-20(A)-PA."

13. Defendants agree that they will not dissipate any assets until the ordered restitution is paid in full.

IT IS SO STIPULATED.

Dated: June 19, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____
KATHY YU
CHRISTOPHER C. KENDALL
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
Dated: June     , 2024    _____
                          CUAUHTEMOC ORTEGA
                          DAVID MENNINGER
                          WASEEM SALAHI
                          Attorneys for Defendant
                          LUIS ALFREDO DE LA ROSA RIOS

Dated: June     , 2024    _____
                          DEFENDANT LUIS ALFREDO DE LA ROSA RIOS
```

Dated: June 21, 2024

MARK KASSABIAN
Attorneys for Defendant
ERNESTO CISNEROS

Dated: June 21, 2024

DEFENDANT ERNESTO CISNEROS

Dated: June    , 2024

MICHAEL CRAIN
Attorneys for Defendant
JESSE CONTRERAS

Dated: June    , 2024

DEFENDANT JESSE CONTRERAS